OCTOBER 29, 1973

No. 73–15. COMMUNICATIONS SATELLITE CORP. ET AL. v. SHANNON. Sup. Jud. Ct. Me. Petition for writ of

990

certiorari dismissed under Rule 60 of the Rules of this Court.

NOVEMBER 5, 1973

No. 73–5124.  HOLIFIELD *v.* MISSISSIPPI.  Sup. Ct. Miss.  Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.